Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*
Register of Copyrights, United States of America

**Registration Number**
VA 1-867-148

Effective date of registration:
April 3, 2013

---

### Title
**Title of Work:** Published Paintings 2007

### Completion/Publication
**Year of Completion:** 2007
**Date of 1st Publication:** January 1, 2007
**Nation of 1st Publication:** United States

### Author
- **Author:** Megan Aroon Duncanson
- **Author Created:** 2-D artwork
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Megan Aroon Duncanson
3635 South Ridge Circle, Titusville, FL, 32796

### Rights and Permissions
- **Name:** Megan Aroon Duncanson
- **Email:** meganduncanson@yahoo.com
- **Telephone:** 321-961-9264
- **Address:** 3635 South Ridge Circle
  Titusville, FL 32796

### Certification
- **Name:** Megan Aroon Duncanson
- **Date:** April 3, 2013





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-420-387

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title

**Title of Work:** Coastal Red White and Blue Lobster

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 05, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Megan Aroon Duncanson
  **Pseudonym:** MADART
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Megan Aroon Duncanson
40 Taylor Cutoff Rd, 66, Sequim, WA, 98382, United States

## Rights and Permissions

**Name:** Megan Aroon Duncanson
**Email:** meganduncanson@yahoo.com
**Address:** 40 Taylor Cutoff Rd, 66
Sequim, WA 98382 United States

## Certification

**Name:** David Denholm
**Date:** September 10, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-910-840

Effective date of registration:

April 30, 2014

---

## Title
**Title of Work:** Winter Sparkle 2008

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** September 24, 2008    **Nation of 1st Publication:** United States

## Author
- **Author:** Megan Aroon Duncanson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Megan Aroon Duncanson
3635 South Ridge Circle, Titusville, FL, 32796

## Rights and Permissions
**Name:** Megan Aroon Duncanson
**Email:** meganduncanson@yahoo.com    **Telephone:** 321-961-9264
**Address:** 3635 South Ridge Circle
Titusville, FL 32796

## Certification
**Name:** Megan Aroon Duncanson
**Date:** April 30, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VA 1-872-072

**Effective date of registration:**

August 14, 2013

---

## Title

**Title of Work:** Birds of a Feather

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 30, 2008    **Nation of 1st Publication:** United States

## Author

**Author:** Megan Aroon Duncanson

**Author Created:** 2-D artwork

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Megan Aroon Duncanson

3635 South Ridge Circle, Titusville, FL, 32796

## Rights and Permissions

**Name:** Megan Aroon Duncanson

**Email:** meganduncanson@yahoo.com    **Telephone:** 321-961-9264

**Address:** 3635 South Ridge Circle

Titusville, FL 32796

## Certification

**Name:** Megan Aroon Duncanson

**Date:** August 14, 2013



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*
Register of Copyrights, United States of America

**Registration Number**
VA 1-909-605

Effective date of registration:
March 13, 2014

---

### Title
**Title of Work:** Springs Joy

### Completion/Publication
**Year of Completion:** 2014
**Date of 1st Publication:** March 12, 2014       **Nation of 1st Publication:** United States

### Author
- **Author:** Megan Aroon Duncanson
  **Author Created:** 2-D artwork
  **Citizen of:** United States

### Copyright claimant
**Copyright Claimant:** Megan Aroon Duncanson
3635 South Ridge Circle, Titusville, FL, 32796

### Rights and Permissions
**Name:** Megan Aroon Duncanson
**Email:** meganduncanson@yahoo.com        **Telephone:** 321-961-9264
**Address:** 3635 South Ridge Circle
Titusville, FL 32796

### Certification
**Name:** Megan Aroon Duncanson
**Date:** March 13, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-965-295**

Effective Date of Registration:
June 14, 2015

## Title

    Title of Work: A Moment in Time Published 2012

## Completion/Publication

    Year of Completion: 2012
    Date of 1st Publication: October 11, 2012
    Nation of 1st Publication: United States

## Author

-     Author: Megan Aroon Duncanson
    Author Created: 2-D artwork
    Citizen of: United States

## Copyright Claimant

    Copyright Claimant: Megan Aroon Duncanson
    830 Bayridge LN, Port Orange, FL, 32127

## Rights and Permissions

    Name: Megan Aroon Duncanson
    Email: meganduncanson@yahoo.com
    Telephone: (321)961-9264
    Address: 830 Bayridge LN
    Port Orange, FL 32127

## Certification

    Name: Megan Duncanson
    Date: June 14, 2015

