IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MEGAN AROON DUNCANSON, | |
| Plaintiff, | Case No.: 1:25-cv-08978 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Keri L. Holleb Hotaling |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), MEGAN AROON DUNCANSON ("Duncanson" or "Plaintiff"), and Defendant No. 34 SUNNYCLUE US hereby file this Stipulation of Voluntary Dismissal, without prejudice. Each party is to bear its own attorneys' fees, costs and expenses.

The case can be terminated at the Court's earliest convenience.

DATED: October 13, 2025　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ Keith A. Vogt | /s/ Benjamin Solter |
| Keith A. Vogt | Benjamin Solter (CA Bar No. 269388) |
| FL Bar No. 1036084 │ IL Bar No. 6207971 | Cross-Border Counselor LLP |
| Keith A. Vogt PLLC | 7755 Center Avenue, Ste. 1100 |
| 15275 Collier Boulevard, Ste. 201-2061 | Huntington Beach, CA 92647 |
| Naples, Florida 34119-6750Telephone: 312-971-6752 | 781-752-6369 E-mail: bsolter@solteriplaw.com |
| E-mail: keith@vogtip.com | |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 13, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt